UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Jennifer McWilliams**,<br><br>*Plaintiff*,<br><br>v.<br><br>**Frankton-Lapel Community Schools Building Corporation**; **Robert Fields**, in his official capacity as Superintendent of Frankton-Lapel Community Schools; **Ronda Podzielinski**, in her official capacity as Principal of Frankton Elementary School; **Kimberly Gray**, in her official capacity as the Title I Program/Reading Director for Frankton-Lapel Community Schools; **Frankton-Lapel Community Schools Board of School Trustees**;<br><br>*Defendants.* | **Civil Case No. 1:20-cv-1419-JPH-TAB** |

## Order Granting Plaintiff's Withdraw of Demand for Jury Trial

Plaintiff filed a Motion to Withdraw the Demand for a Jury Trial.

The Plaintiff's motion is granted and Plaintiff's demand for a Jury Trial is withdrawn from the Court's record.

Date: _____

_____
U.S. District Court
Southern District of Indiana.

All ECF-registered counsel of record via email.