UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Jennifer McWilliams**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Frankton-Lapel Community Schools Building Corporation**; **Robert Fields**, in his official capacity as Superintendent of Frankton-Lapel Community Schools; **Ronda Podzielinski**, in her official capacity as Principal of Frankton Elementary School; **Kimberly Gray**, in her official capacity as the Title I Program/Reading Director for Frankton-Lapel Community Schools; **Frankton-Lapel Community Schools Board of School Trustees**; <br><br> *Defendants*. | Civil Case No. 1:20-cv-1419-JPH-TAB |

> The Court acknowledges Plaintiff's Notice of Voluntary Dismissal of Some Defendants, dkt. 33. The Clerk is DIRECTED to terminate only Robert Fields, Ronda Podzielinski, Kimberly Gray and Frankton-Lapel Community Schools Board of School Trustees on the docket.
> JPH, 7/16/2020
> Distribution via ECF.

## Plaintiff's Notice of Voluntary Dismissal of Some Defendants

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff voluntarily dismisses Defendant Robert Fields, Defendant Ronda Podzielinski, Defendant Kimberly Gray, and Defandant Frankton-Lapel Community Schools Board of School Trustees from this matter.

Official capacity claims against these Defendants are duplicative since Plaintiff has named the relevant unit of government in this litigation. *Jones v. Anderson Cmty. Sch. Corp.*, No. 116CV02150SEBTAB, 2017 WL 4315132, *3 (S.D. Ind. Sept. 28, 2017).

The parties have conferred on this notice, and Defendants do not oppose this notice. Plaintiff has agreed that Defendant's answer will reflect this voluntary dismissal.