UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER MCWILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-01419-JPH-TAB ) |
| FRANKTON-LAPEL COMMUNITY SCHOOLS, | ) ) ) ) |
| Defendant. | ) |

**MINUTE ENTRY FOR JULY 30, 2020**

On July 30, 2020, the Court held a hearing on Plaintiff's motion for a preliminary injunction, dkt. 7. Plaintiff appeared in person and by counsel, Melena Sue Siebert. Defendant appeared by counsel, Alexander Pinegar. The hearing was recorded by Court Reporter, Jodie Franzen.

The Court heard the parties' arguments on Plaintiff's motion for a preliminary injunction. The Court also **GRANTED** Plaintiff's motion for oral argument, dkt. [9]; **DENIED** plaintiff's motion to consolidate, dkt. [17]; and **DENIED** as moot Plaintiff's motion to withdraw jury demand, dkt. [27].

The Court took Plaintiff's motion for a preliminary injunction under advisement.

Distribution:

James Bopp, Jr.
BOPP COLESON & BOSTROM
jboppjr@aol.com

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM
bborg@cchalaw.com

Alexander Phillip Pinegar
CHURCH CHURCH HITTLE & ANTRIM
apinegar@cchalaw.com

Melena Sue Siebert
THE BOPP LAW FIRM, PC
msiebert@bopplaw.com