IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER MCWILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-01419-JPH-TAB |
| | ) |
| FRANKTON-LAPEL COMMUNITY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING**
**<u>JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES</u>**

Before the Court is the Plaintiff and Defendant's Joint Motion to Extend Expert Discovery Deadlines (Dkt. 54). The Court being duly advised in the premises hereby **GRANTS** the same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Case Management Plan deadlines have been amended as follows:

1. Expert Witness discovery and discovery relating to damages shall be completed by August 16, 2021.

2. The deadline to object to Expert Witness testimony is September 17, 2021.

3. All other deadlines from the Court's approval of the proposed case management plan (dkt. 43) and Order Granting Joint Motion for Extension to Case Management Plan (dkt. 51) shall remain in effect.

SO ORDERED.
Date: 7/1/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.