IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER MCWILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:20-cv-01419-JPH-TAB |
| | ) |
| FRANKTON-LAPEL COMMUNITY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO STRIKE AND SUBSTITUTE EXHIBIT 64-2

Before the Court is Defendant's Motion to Strike and Substitute Exhibit 64-2. The Court being duly advised in the premises hereby **GRANTS** the same.

IT IS THEREFORE ORDERED AND ADJUDGED that Document 64-2 which is an exhibit to Defendant's Cross-Motion for Summary Judgment (Doc. 64) is to be replaced with the attached signed version of the affidavit.

Date: 12/16/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.